UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

Adriana Rodriguez, individually on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

Veridian Healthcare LLC,

                Defendant.
───────────────────────────────────────

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/28/2022_

22 Civ. 2989 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Pursuant to the Court's June 24, 2022 order, the parties shall submit their joint letter and proposed case management plan by **July 20, 2022**.

    SO ORDERED.

Dated: June 28, 2022
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge