```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIANA RODRIGUEZ, individually on behalf of herself and all others similarly situated,

          Plaintiff,

-against-

VERIDIAN HEALTHCARE LLC,

          Defendant.

22 Civ. 2989 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Counsel for all parties are directed to appear for an initial pretrial conference, in accordance with Rule 16 of the Federal Rules of Civil Procedure on **July 27, 2022**, at **11:00 a.m.** At the time of the conference, the parties are directed to dial 888-398-2342 or 215-861-0674, and enter access code 5598827. Principal trial counsel must appear at this and all subsequent conferences.

    SO ORDERED.

Dated: July 21, 2022
       New York, New York

                                                    ANALISA TORRES
                                          United States District Judge