```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIANA RODRIGUEZ, individually on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

VERIDIAN HEALTHCARE LLC,

                Defendant.

22 Civ. 2989 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated July 13 and July 20, 2022, ECF Nos. 23, 25. Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED.
2. By **September 2, 2022**, Defendant shall file its motion to dismiss;
3. By **September 23, 2022**, Plaintiff shall file an opposition; and
4. By **October 7, 2022**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: July 21, 2022
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge