```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/26/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIANA RODRIGUEZ, individually on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

VERIDIAN HEALTHCARE LLC,

                Defendant.

22 Civ. 2989 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference on July 28, 2022, at 10:30 a.m., is ADJOURNED to **July 28, 2022**, at **5:15 p.m.** At the time of the conference, the parties are directed to dial 888-398-2342 or 215-861-0674, and enter access code 5598827. Principal trial counsel must appear at this and all subsequent conferences.

    SO ORDERED.

Dated: July 26, 2022
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge