UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ADRIANA RODRIGUEZ, individually on behalf
of herself and all others similarly situated,

                        Plaintiff,

      -against-

VERIDAN HEALTHCARE LLC,

                        Defendant.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/2022

22-CV-02989 (AT) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are ordered to file a joint letter no later than **Monday, October 17, 2022,** providing the Court an update on the status of the case, including the status of discovery and any settlement discussions.

**SO ORDERED.**

DATED:    New York, New York
               August 3, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge