UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ADRIANA RODRIGUEZ, individually on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

VERIDAN HEALTHCARE LLC,

                Defendant.

-----------------------------------------------------------------X

22-CV-02989 (AT) (VF)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/17/2022

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to submit a joint letter no later than **December 7, 2022,** providing the Court an update on the status of discovery.

      **SO ORDERED.**

DATED:    New York, New York
               October 17, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge