UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIANA RODRIGUEZ, individually on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

VERIDIAN HEALTHCARE LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/9/2022_

22 Civ. 2989 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for February 7, 2023, is ADJOURNED to **April 5, 2023**, at **1:00 p.m.**

    SO ORDERED.

Dated: December 9, 2022
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge